UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

DAN WEESE,

       Plaintiff,

v.                                           Case No. 1:10-CV-1138

HINMAN COMPANY,                 HON. GORDON J. QUIST

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on December 27, 2010, and Plaintiff has failed to timely object as required by 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued December 27, 2010, (docket no.8) is **ADOPTED** as the Opinion of this Court.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is **DISMISSED**.

This case is **concluded**.


Dated: January 12, 2011                               /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE